**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ITEQ Corporation, | No. 09-CV-1318-PHX-PGR |
| Plaintiff, | |
| vs. | |
| Isola USA Corporation, | **ORDER** |
| Defendant. | |

Currently before the Court are Defendant Isola USA Corporation's (Isola) Unopposed Motion to Seal or Strike [Docket No. 15] its original Corporate Disclosure Statement filed on June 30, 2009 [Docket No. 8], which has since been amended by Isola's Corrected Corporate Disclosure Statement [Docket No. 14]; the Parties' Stipulation to Withdraw Motion for Expedited Consideration and Request for Extension of Responsive Pleading Deadline [Docket No. 13]; and Defendant's Motions to Enforce Alternative Dispute Resolution Procedures Pursuant to Parties' Settlement Agreement and to Stay Proceedings [Docket No. 9 ] and to Expedite Consideration of the Motion to Enforce Alternative Dispute Resolution Procedures. [Docket No. 10.] After careful consideration of the aforementioned documents,

IT IS HEREBY ORDERED GRANTING Isola's Unopposed Motion to Seal or Strike [Docket No. 15] its original Corporate Disclosure Statement filed on June 30, 2009. [Docket No. 8.] The Clerk of the Court shall strike Isola's Corporate Disclosure Statement filed on June 30, 2009.

1   IT IS FURTHER ORDERED GRANTING the Parties' Stipulation to Withdraw Motion for Expedited Consideration and Request for Extension of Responsive Pleading Deadline, filed on July 6, 2009. [Docket No. 13.]

IT IS FURTHER ORDERED that the deadline for ISOLA to file its responsive pleading to the Complaint shall be ten (10) days after the Court's entry of an order resolving the "Motion to Enforce Alternative Dispute Resolution Procedures Pursuant to Parties' Settlement Agreement and to Stay Proceedings" ("Motion to Enforce and Stay") filed June 30, 2009. [Docket No. 9.]

IT IS FURTHER ORDERED that the Motion for Expedited Consideration [Docket No. 10] filed on June 30, 2009 and the Objection to the Motion to Expedite Consideration [Docket No. 11] filed on July 1, 2009 are hereby deemed **WITHDRAWN**.

DATED this 7th day of July, 2009.

Paul G. Rosenblatt
United States District Judge