**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ITEQ Corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>Isola USA Corporation,<br><br>　　　　Defendant. | No. 09-CV-1318-PHX-PGR<br><br><br><br>**ORDER** |

Currently before the Court is Plaintiff ITEQ's Motion to File a Surreply (Doc. 27) in response to Defendant Isola's Reply brief. ITEQ maintains that Isola raised a new argument in its Reply brief regarding the interpretation of the phrase "third party" as it is referenced in Paragraph 5 of the parties' Settlement Agreement. ITEQ contends that in Isola's Reply brief, Isola interprets "third party" to mean "third party *arbitrator*." ITEQ maintains that this interpretation deviates from what the parties previously agreed the understanding of the phrase to mean, "third party *laboratory*." Accordingly,

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion to File a Surreply in response to Defendant Isola's argument in its Reply brief as it pertains to the term "third party arbitrator." (Doc. 27.)

IT IS FURTHER ORDERED that the Clerk of Court shall file the Lodged Proposed Surreply. (Doc. 28.)

DATED this 28th day of September, 2009.

　　　　　　　　　　　　　　　　　　　　　　
Paul G. Rosenblatt
United States District Judge