**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ITEQ Corporation, )<br>    Plaintiff, )<br>vs. )<br>    )<br>Isola USA Corporation, )<br>    Defendant. ) | No. 09-CV-1318-PHX-PGR<br><br>**ORDER** |

Having considered Plaintiff ITEQ Corporation's and Defendant Isola USA Corporation's Joint Motion for a Four Week Continuance of Deadlines and Memorandum in Support thereof and good cause having been shown,

IT IS HEREBY ORDERED that the Parties' Motion is GRANTED.

IT IS FURTHER ORDERED that all deadlines established by the Court's November 30, 2009 Scheduling Order are continued by four weeks.

IT IS FURTHER ORDERED that the Court will enter an order to follow with new dates for the Markman hearing, pretrial conference, and trial.

DATED this 22nd day of December, 2009.

_____
Paul G. Rosenblatt
United States District Judge