**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ITEQ Corporation,<br><br>      Plaintiff,<br>vs.<br><br>Isola USA Corporation,<br><br>      Defendant. | No. 09-CV-1318-PHX-PGR<br><br>**ORDER** |

    Currently before the Court is the parties' Joint Submission of Protective Order (doc. #75). Pursuant thereto,

    IT IS HEREBY ORDERED that the Joint Submission of Protective Order is entered in the above-captioned action.

    DATED this 5th day of January, 2010.

Paul G. Rosenblatt
United States District Judge