**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ITEQ Corporation,<br><br>    Plaintiff,<br>vs.<br><br>Isola USA Corporation,<br><br>    Defendant. | No. 09-CV-1318-PHX-PGR<br><br>**ORDER** |

Pursuant to the stipulation of dismissal (Doc. 94), on February 5, 2010, Plaintiff ITEQ Corporation ("ITEQ") and Defendant Isola USA Corporation ("Isola") reached a settlement concerning all claims and counterclaims in this matter. Accordingly, all parties agree that this case be dismissed with prejudice in its entirety.

IT IS HEREBY ORDERED dismissing the above-entitled matter with prejudice, each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED that all pending motions in this case be DENIED as MOOT.

DATED this 12th day of February, 2010.

Paul G. Rosenblatt
United States District Judge